UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

DAVIS & ELKINS COLLEGE, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-6053

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, DAVIS & ELKINS COLLEGE, INC., with prejudice and without fees and costs.

Dated: New York, New York
       October 2, 2023

                                                      **GOTTLIEB & ASSOCIATES**

                                                      */s/Michael A. LaBollita, Esq.*

                                        Michael A. LaBollita, Esq., (ML-9985)
                                               150 East 18th Street, Suite PHR
                                                             New York, NY 10003
                                                                     Phone: (212) 228-9795
                                                                        Fax: (212) 982-6284
                                                                          Michael@Gottlieb.legal

                                                                     *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge